**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AILAN LAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-06-30-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered September 12, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of Defendant Commissioner of the Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

**It is so ordered this 16th day of October, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE